UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

                                                        24-CR-188-02 (LAK)

    v.

YECHIEL MESHI-ZAHAV,

                Defendant.
------------------------------x

                                ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant YECHIEL MESHI-ZAHAV to be released today upon his own signature on a PRB for $100,000 with 3 FRPs to sign within two weeks; travel restricted to the SDNY and EDNY, and surrender of travel documents.

        SO ORDERED.

Dated:     April 9, 2024

                                                                   Hon. Lewis A. Kaplan
                                                                   United States District Judge