**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

May 22, 2024

BY ECF
Hon. Lawrence A. Kaplan
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10017

**MEMO ENDORSED**

Re: U.S. v. Yechiel Meshi-Zahav
24 Cr. 188 (LAK)

Dear Judge Kaplan:

This letter is respectfully submitted on behalf of the defendant Yechiel Meshi-Zahav, to request a bail modification to allow him to travel to New Jersey to spend the upcoming Shavuot holiday and the following weekend with family. If granted permission to travel, Mr. Meshi-Zahav will drive to the Lakewood/Toms River area on July 11 and return to his home on July 16. I have discussed this matter with AUSA James Mandilk, who advised me that the Government has no objection to the requested bail modification. Of course, if permitted to travel, Mr. Meshi-Zahav will provide his itinerary to Pre-trial Services in advance of his trip.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Mandilk (by email)

Granted on consent
SO ORDERED

LEWIS A. KAPLAN, USDJ
5/23/24