**MOSKOWITZ COLSON GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

**MEMO ENDORSED**

July 8, 2024

BY ECF
Hon. Lawrence A. Kaplan
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-24
```

Re: U.S. v. Yechiel Meshi-Zahav
24 Cr. 188 (LAK)

Dear Judge Kaplan:

This letter is respectfully submitted on behalf of the defendant Yechiel Meshi-Zahav, to request a bail modification to allow him to travel within the continental United States, with advance notice to Pretrial Services. Mr. Zahav has family in various states that he would like to be able to visit and he also would like to be able to vacation with his family, which includes a young daughter, when his work schedule permits. I have discussed this matter with AUSA James Mandilk, who advised me that the Government has no objection to the requested bail modification. Of course, if the Court grants the requested bail modification, Mr. Meshi-Zahav will provide his itinerary to Pre-trial Services in advance of any trip he takes.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Mandilk (by email)

Granted.

SO ORDERED

LEWIS A. KAPLAN, USDJ
7/10/2024