USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/26

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YECHIEL MESHI-ZAHAV,<br><br>Defendant. | ~~PROPOSED~~ ORDER<br><br>S2 24 Cr. 188 (LAK) |

WHEREAS, with the consent of defendant Yechiel Meshi-Zahav, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robert W. Lehrburger on October 9, 2024;

WHEREAS, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated: New York, New York
September 23, 2026

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK