USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/23/26

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

United States of America,

vs.

YECHIEL MESHI-ZAHAV,

------------------------------------------------ x

(S2)24 CR 188 (LAK)

# ORDER

The Clerks Office shall file the following documents on the public docket: (S2)Superseding Information, the signed waiver of indictment, and the consent to proceed before a U.S. Magistrate judge on a felony plea allocution

DATED: September 23, 2026

Lewis A. Kaplan
United States District Judge