Case 1:24-cr-00188-LAK Document 112 Filed 09/29/26 Page 1 of 1

MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9-30-26

September 29, 2026

BY ECF
Hon. Lawrence A. Kaplan
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10017

Re: U.S. v. Yechiel Meshi-Zahav
24 Cr. 188 (LAK)

Dear Judge Kaplan:

This letter is respectfully submitted on behalf of the defendant Yechiel Meshi-Zahav, to request that the Court grant permission to Pretrial Services to return Mr. Meshi-Zahav's passport to him. As Your Honor knows, Mr. Meshi-Zahav was recently sentenced and thus, is no longer on bail. He has requested that Pretrial Services return his passport, but has been advised that the passport cannot be returned without a Court Order. Accordingly, it is respectfully requested that the Court endorse this letter to permit Pretrial Services to return Mr. Meshi-Zahav's passport.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*avraham moskowitz*

Avraham C. Moskowitz

Cc: AUSA Alexandra Messiter (by email)

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/30/26